390 A.2d 312

National Grange Mutual Insurance Company,
Appellant, v. Hughes et al.

Argued March 28, 1978.   John C. Youngman, for appellant;   No appearance entered nor briefs submitted for appellees, Hughes and Marra.

Order affirmed.